**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**NESTE OIL OYJ V. REG SYNTHETIC FUELS, LLC**
**2015-1075**

**Entry of Appearance**

(INSTRUCTIONS: Counsel refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance:

___ Pro Se      _X_ As counsel for:  Neste Oil Oyj

I am, or the party I represent is:  Appellant

My address and telephone are:

Michael J. Flibbert
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
Phone:               (202) 408-4493
Fax #:                (202) 408-4400
E-Mail Address:      michael.flibbert@finnegan.com

Statement to be completed by counsel only (select one):

_x_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

___ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  July 11, 1996

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only):
___Yes  _x_ No

___A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date:  November 6, 2014                          /s/  Michael J. Flibbert
                                                     Signature of Counsel

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Entry of Appearance for Michael J. Flibbert were served upon registered counsel by operation of the Court's CM/ECF system on this 6th day of November, 2014.

*Counsel for REG Synthetic Fuels, LLC*

Jeanne Marie Gills, Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654-5313


/s/  Michael J. Flibbert